**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Tandem Real Estate Holdings LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2304403** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3553 West Chester Pike STE 311 Newtown Square, PA 19073** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Chester** County | **Location of principal assets, if different from principal place of business** **500-516 Avenue of the States and 554-556 Edgmont Avenue Chester, PA 19013** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Tandem Real Estate Holdings LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Eastern District of Pennsylvania** | When | **1/19/23** | Case number | **23-10176** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor **Tandem Real Estate Holdings LLC**
_____
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Tandem Real Estate Holdings LLC**
          Name                                                          Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Tandem Real Estate Holdings LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2023**
MM / DD / YYYY

**X** **/s/ Ra-Tah Johnson**                                      **Ra-Tah Johnson**
Signature of authorized representative of debtor              Printed name

Title    **Sole member of manager**

---

**18. Signature of attorney**

**X** **/s/ Nicholas M. Engel**                     Date  **February 16, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Nicholas M. Engel 323094**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone   **610-407-7215**        Email address   **nengel@skhlaw.com**

**323094 PA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Tandem Real Estate Holdings LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2023**        X */s/ Ra-Tah Johnson*
_____           Signature of individual signing on behalf of debtor

**Ra-Tah Johnson**
Printed name

**Sole member of manager**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tandem Real Estate Holdings LLC |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Wood Design, Inc. 201 Fulton Street Chester, PA 19013** | | **Contractor services** | | | | **$6,000.00** |
| **Cedar Ridge Group, LLC 420 West Deere Point Road West Chester, PA 19382** | | **Business loan** | | | | **$280,000.00** |
| **Chester Water Authority 415 Welsh Street Chester, PA 19013** | | **Water service** | | | | **$9,342.70** |
| **City of Chester City Hall 1 Fourth Street Chester, PA 19013** | | **Real estate taxes** | | | | **$17,117.99** |
| **City of Chester City Hall 1 Fourth Street Chester, PA 19013** | | **Real estate taxes** | | | | **$12,813.50** |
| **David Elliot 3553 West Chester Pike Newtown Square, PA 19073** | | **Various amounts loaned to company** | | | | **$150,000.00** |
| **Delaware County Regional Water Quality C 100 East Fifth Street Chester, PA 19013** | | **Sewer services** | | | | **$5,478.07** |
| **Delaware County Tax Claim Bureau 201 W Front St Media, PA 19063** | | **Real estate taxes** | | | | **$3,244.59** |

Debtor    **Tandem Real Estate Holdings LLC**                              Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Evolve Build 2140 N Hancock St Philadelphia, PA 19122** | | **Contractor services** | | | | **$50,000.00** |
| **FJS Capital Management, Inc. c/o Kaplan, Schaer, Toddy, P.C. One Commerce Square 2005 Market Street, 16th Floor Philadelphia, PA 19103** | | **Judgment entered; CCP Phila, case no. 210300468** | | | | **$29,296.88** |
| **GL Hookah Lounge 6123 Carpenter Street Philadelphia, PA 19143** | | **Funds paid for uncompleted commercial unit fit-out** | | | | **$103,000.00** |
| **Global Security Systems Inc. P.O. Box 173 Lima, PA 19037** | | **Security services** | | | | **$2,732.00** |
| **J&K Trash Removal 2325 W 2nd Street Chester, PA 19013** | | **Trash services** | | | | **$2,600.35** |
| **Keybank National Association P.O. Box 89446 Cleveland, OH 44101** | | **Corporate credit card** | | | | **$7,783.45** |
| **Obermayer Rebmann Maxwell & Hippel LLP Centre Square West 1500 Market Street Suite 3400 Philadelphia, PA 19102** | | **Legal services** | | | | **$40,701.34** |
| **PECO PO Box 37629 Philadelphia, PA 19101** | | **Electric service** | | | | **$4,415.60** |
| **Ra-Tah Johnson 3553 West Chester Pike Newtown Square, PA 19073** | | **Various amounts loaned to company** | | | | **$150,000.00** |
| **Regus 18 Campus Blvd Ste 100 Newtown Square, PA 19073** | | **Unpaid rent for coworking space** | | | | **$6,347.86** |

Debtor   **Tandem Real Estate Holdings LLC**
_____      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Roe Fabricators Inc. 201 Clayton St Chester, PA 19013** | | **Contractor services** | | | | **$2,775.00** |
| **Stormwater Authority of the City of Ches 31 E. 5th Street Chester, PA 19013** | | **Stormwater services** | | | | **$4,410.38** |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Tandem Real Estate Holdings LLC** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................    $     **4,706,780.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................    $     **68,750.69**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................    $     **4,775,530.69**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **3,002,108.77**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **33,176.08**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **861,657.34**

4.  Total liabilities ..........................................................................................
    Lines 2 + 3a + 3b    $     **3,896,942.19**

**Fill in this information to identify the case:**

Debtor name      **Tandem Real Estate Holdings LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.   **Cash on hand** | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **TD Bank** | **DIP Chapter 11 Checking** | 2261 | **$1,750.69** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                                    **$1,750.69**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| Debtor | **Tandem Real Estate Holdings LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | **60,000.00** | - | **30,000.00** | =.... | **$30,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $30,000.00 |
|---|

<hr>

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                  % of ownership

    **Tandem Property Development LLC**
    **500 Avenue Of The States**
    **Chester, PA 19013**

| 15.1. | **EIN # 82-3057138** | **49%** | % | | **Unknown** |
|---|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| $0.00 |
|---|

<hr>

**Part 5:**      **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

<hr>

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

<hr>

**Part 7:**      **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

<hr>

Debtor    **Tandem Real Estate Holdings LLC**                                    Case number *(If known)* _____
_____Name_____

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **Commerical Photocopier** | Unknown | Liquidation | $2,000.00 |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $2,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Commercial kitchen equipment, installed at**<br>**505 Avenue of the States, Chester, PA** | $0.00 | Liquidation | $35,000.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | $35,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

Debtor    **Tandem Real Estate Holdings LLC**
  <sub>Name</sub>

Case number *(If known)* _____

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **500-502 Avenue of the States, Chester, PA 19103 Commercial units (value derived from desktop appraisal in connection with conditional loan quote)** | Fee simple | Unknown | N/A | $2,250,000.00 |
| 55.2.    **504 Avenue of the States, Chester, PA 19103 Commercial and residential units (value derived from desktop appraisal in connection with conditional loan quote)** | Fee simple | Unknown | N/A | $400,000.00 |
| 55.3.    **506 Avenue of the States, Chester, PA 19103 Commercial and residential units (value derived from desktop appraisal in connection with conditional loan quote)** | Fee simple | Unknown | N/A | $400,000.00 |
| 55.4.    **508-510 Avenue of the States, Chester, PA 19103 Commercial units (value derived from desktop appraisal in connection with conditional loan quote)** | Fee simple | Unknown | N/A | $500,000.00 |

Debtor    **Tandem Real Estate Holdings LLC**                    Case number *(If known)* _____
      <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| 55.5. | **512 Ave of the States, Chester, PA 19103 Commercial units (value derived from desktop appraisal in connection with conditional loan quote)** | Fee simple | Unknown | N/A | $600,000.00 |
| 55.6. | **514-516 Avenue of the States, Chester, PA 19103 Parking Lot (connected to 517-519 Edgmont Avenue) (value derived from desktop appraisal in connection with conditional loan quote)** | Fee simple | Unknown | N/A | $300,000.00 |
| 55.7. | **517-519 Edgmont Avenue, Chester, PA 19103 Parking Lot (connected to 514-516 Avenue of the States)** | Fee simple | Unknown | N/A | $0.00 |
| 55.8. | **505-507 Avenue of the States, Chester, PA 19103 Commercial and residential units (value derived from tax assessment)** | Fee simple | Unknown | N/A | $189,320.00 |
| 55.9. | **554-556 Edgmont Avenue, Chester, PA 19103 Commercial units (value derived from tax assessment)** | Fee simple | Unknown | N/A | $25,520.00 |
| 55.10. | **550 Edgmont Avenue, Chester, PA 19103 Commercial units (value derived from tax assessment)** | Fee simple | Unknown | N/A | $23,560.00 |

Debtor    **Tandem Real Estate Holdings LLC**                    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.11<br>· | **0 Edgmont Avenue,**<br>**Chester, PA 19103**<br>**Commercial units**<br>**(value derived from**<br>**tax assessment)** | Fee simple | Unknown | N/A | $18,380.00 |

---

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$4,706,780.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of<br>debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)**<br>**Debtor is investigating possible lender liability and**<br>**related causes of action against Bluebird Lending**<br>**entities.** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of**
**every nature, including counterclaims of the debtor and rights to**
**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

Debtor   **Tandem Real Estate Holdings LLC**_____      Case number *(If known)* _____
         <sub>Name</sub>

78.   **Total of Part 11.**                                                        | $0.00 |

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Tandem Real Estate Holdings LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,750.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $4,706,780.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $68,750.69 | + 91b. $4,706,780.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,775,530.69 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Tandem Real Estate Holdings LLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**   **Bluebird Lending II, LLC**<br>Creditor's Name<br><br><br>**1845 Walnut Street<br>Suite 910<br>Philadelphia, PA 19103**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>September 2021**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**First Mortgages:<br>504 Avenue of the States, Chester, PA 19103<br>506 Avenue of the States<br>508-510 Avenue of the States<br>512 Avenue of the States<br>514-516 Avenue of the States<br>517-519 Edgmong Avenue**<br><br>Describe the lien<br>**First Mortgages & Judgment Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$1,009,111.06** | **$4,778,110.19** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2**   **Bluebird Lending II, LLC**<br>Creditor's Name<br>**1845 Walnut Street<br>Suite 910<br>Philadelphia, PA 19103**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>February 2021** | Describe debtor's property that is subject to a lien<br>**First Mortage:<br>500-502 Avenue of the States, Chester, PA 19103**<br><br>Describe the lien<br>**First Mortgage & Judgment Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$966,735.00** | **$4,778,110.19** |

| Debtor | Tandem Real Estate Holdings LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Chester Economic Development Authority** | Describe debtor's property that is subject to a lien | $426,262.71 | $2,250,000.00 |
|---|---|---|---|---|

Creditor's Name

**500-502 Avenue of the States, Chester, PA 19103**

**One 4th Street**
**City Hall**
**P.O Box 407**
**Chester, PA 19016**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**August 2020**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Phoenixville Federal Bank & Trust** | Describe debtor's property that is subject to a lien | $600,000.00 | $2,575,000.00 |
|---|---|---|---|---|

Creditor's Name

**500-502 Avenue of the States, Chester, PA 19103**

**505-507 Avenue of the States, Chester, PA 19103**

**564 Nutt Road**
**Phoenixville, PA 19460**

Creditor's mailing address

**Describe the lien**

**Accomodation Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**October 2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,002,108.7 |
|---|---|---|

| Debtor | **Tandem Real Estate Holdings LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | 7 |
|---|---|---|

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bluebird Lending I, LLC**<br>**44 Fairview Road**<br>**Penn Valley, PA 19072** | Line __2.1__ | |
| **Bluebird Lending, LLC**<br>**44 Fairview Road**<br>**Penn Valley, PA 19072** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name    **Tandem Real Estate Holdings LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**City of Chester**<br>**City Hall**<br>**1 Fourth Street**<br>**Chester, PA 19013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,117.99 | $17,117.99 |
| Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**Real estate taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Chester**<br>**City Hall**<br>**1 Fourth Street**<br>**Chester, PA 19013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,813.50 | $12,813.50 |
| Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Real estate taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tandem Real Estate Holdings LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**2.3** | Priority creditor's name and mailing address
**Delaware County Tax Claim Bureau**
**201 W Front St**
**Media, PA 19063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,244.59     $0.00

Date or dates debt was incurred

Basis for the claim:
**Real estate taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.4** | Priority creditor's name and mailing address
**Internal Revenue Service**
**600 Arch Street**
**Philadelphia, PA 19106-1611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.5** | Priority creditor's name and mailing address
**Pennsylvania Dept. of Revenue**
**Bankruptcy Division**
**Dept. 280946**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address
**Aerial Signs and Awnings**
**2333 Concord Rd**
**Chester, PA 19013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,033.50

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Contractor services**

Is the claim subject to offset? ■ No  ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address
**American Wood Design, Inc.**
**201 Fulton Street**
**Chester, PA 19013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,000.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Contractor services**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tandem Real Estate Holdings LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280,000.00** |
|---|---|---|---|

**Cedar Ridge Group, LLC**
**420 West Deere Point Road**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _October 2021_

**Basis for the claim:** _Business loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,342.70** |
|---|---|---|---|

**Chester Water Authority**
**415 Welsh Street**
**Chester, PA 19013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Water service_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corey Stanley**
**118 WASHINGTON AVENUE**
**Aston, PA 19014**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _P/I suit; CCP Phila, case no. 221000271_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Darlene Atta**
**3514 W. 4TH STREET**
**Marcus Hook, PA 19061**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _P/I suit; CCP Phila, case no. 211100573_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**David Elliot**
**3553 West Chester Pike**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2016 to 2023_

**Basis for the claim:** _Various amounts loaned to company_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,478.07** |
|---|---|---|---|

**Delaware County Regional Water Quality C**
**100 East Fifth Street**
**Chester, PA 19013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Sewer services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Evolve Build**
**2140 N Hancock St**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Contractor services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tandem Real Estate Holdings LLC** | Case number (if known) | |
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.28 |

**Federal Rent-a-Fence**
127 Haddon Ave
West Berlin, NJ 08091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Contractor services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,296.88 |

**FJS Capital Management, Inc.**
c/o Kaplan, Schaer, Toddy, P.C.
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 27, 2021**

Basis for the claim: **Judgment entered; CCP Phila, case no. 210300468**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,000.00 |

**GL Hookah Lounge**
6123 Carpenter Street
Philadelphia, PA 19143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Funds paid for uncompleted commercial unit fit-out**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,732.00 |

**Global Security Systems Inc.**
P.O. Box 173
Lima, PA 19037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Security services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,422.56 |

**IPFS Corporation**
301 W. 11th St
4th Floor
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance premium financing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.35 |

**J&K Trash Removal**
2325 W 2nd Street
Chester, PA 19013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trash services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,783.45 |

**Keybank National Association**
P.O. Box 89446
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Corporate credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tandem Real Estate Holdings LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$631.32**

**Keybank National Association**
**P.O. Box 89446**
**Cleveland, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Overdraft on closed business checking account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,520.00**

**Linn Architects**
**1140 N Providence Rd**
**Media, PA 19063**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contractor servicees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,701.34**

**Obermayer Rebmann Maxwell & Hippel LLP**
**Centre Square West**
**1500 Market Street**
**Suite 3400**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,415.60**

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **multiple**

Basis for the claim:  **Electric service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$543.05**

**PNC Bank, N.A**
**8800 Tinicum Boulevard**
**Philadelphia, PA 19153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Overdraft on closed business checking account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**

**Ra-Tah Johnson**
**3553 West Chester Pike**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 to 2023**

Last 4 digits of account number _

Basis for the claim:  **Various amounts loaned to company**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,347.86**

**Regus**
**18 Campus Blvd**
**Ste 100**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid rent for coworking space**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tandem Real Estate Holdings LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,775.00 |
|---|---|---|---|
| | **Roe Fabricators Inc.**<br>**201 Clayton St**<br>**Chester, PA 19013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Contractor services__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,410.38 |
|---|---|---|---|
| | **Stormwater Authority of the City of Ches**<br>**31 E. 5th Street**<br>**Chester, PA 19013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Stormwater services__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cedar Ridge Group, LLC**<br>**P.O. Box 1045**<br>**Westtown, PA 19395** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Joel Kofsky**<br>**1500 JFK BOULEVARD**<br>**2 PENN CENTER**<br>**SUITE 550**<br>**Philadelphia, PA 19102** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Troy Wilson, Esq**<br>**215 S. BROAD STREET**<br>**2nd Floor**<br>**Philadelphia, PA 19107** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 33,176.08 |
| 5b. Total claims from Part 2 | 5b. + | $ | 861,657.34 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ | 894,833.42 |

Fill in this information to identify the case:

Debtor name    **Tandem Real Estate Holdings LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of commercial unit** | |
| State the term remaining    **5 years, 2 months** | **DTLR Inc.** |
| List the contract number of any government contract | **1300 Mercedes Drive** **Hanover, MD 21076** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of residential unit** | |
| State the term remaining    **Original term ended May 31, 2022; current term is month-to-month** | **Jared Wiley** |
| List the contract number of any government contract | **506-A Avenue of the States** **Chester, PA 19013** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of commercial unit** | |
| State the term remaining    **2 years, 7 months** | **R&N Enterprises LLC** |
| List the contract number of any government contract | **506 Avenue of the States** **Chester, PA 19013** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of residential unit** | |
| State the term remaining    **5 months** | **Ra-Tah Johnson II** |
| List the contract number of any government contract | **506-B Avenue of the States** **Chester, PA 19013** |

Debtor 1  **Tandem Real Estate Holdings LLC**_____  Case number *(if known)* _____
First Name         Middle Name         Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial unit** | |
|---|---|---|---|
| | State the term remaining | **4 years, 3 months** | **Royal Family Smoke Shop and Lounge** |
| | List the contract number of any government contract | _____ | **610 Epic Street** **Camden, NJ 08102** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial unit** | |
|---|---|---|---|
| | State the term remaining | **1 year, 11 months** | **Senate of Pennsylvania** |
| | List the contract number of any government contract | _____ | **104 North Office Building** **Harrisburg, PA 17120** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of residential unit** | |
|---|---|---|---|
| | State the term remaining | **Original term ended Jan 31, 2021; current term is month-to-month** | **Shakea Lee** |
| | List the contract number of any government contract | _____ | **504-A Avenue of the States** **Chester, PA 19013** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space** | |
|---|---|---|---|
| | State the term remaining | **2 years, 5 months** | **Status LLC** |
| | List the contract number of any government contract | _____ | **3626 North Broad Street** **Philadelphia, PA 19140** |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Tandem Real Estate Holdings LLC** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Consigliere Business Consulting, LLC** | **1055 Westlakes Drive Suite 300 Berwyn, PA 19312** | **Bluebird Lending II, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Consigliere Business Consulting, LLC** | **1055 Westlakes Drive Suite 300 Berwyn, PA 19312** | **Bluebird Lending II, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Consigliere Business Consulting, LLC** | **1055 Westlakes Drive Suite 300 Berwyn, PA 19312** | **Chester Economic Development Authority** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **David Elliot** | **3553 West Chester Pike Suite 311 Newtown Square, PA 19073** | **Bluebird Lending II, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Tandem Real Estate Holdings LLC** | Case number *(if known)* | |
|---|---|---|---|

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **David Elliot** 3553 West Chester Pike Suite 311 Newtown Square, PA 19073 | **Bluebird Lending II, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.6 | **David Elliot** 3553 West Chester Pike Suite 311 Newtown Square, PA 19073 | **Chester Economic Development Authority** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Ra-Tah Johnson** 3553 West Chester Pike Suite 311 Newtown Square, PA 19073 | **Bluebird Lending II, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Ra-Tah Johnson** 3553 West Chester Pike Suite 311 Newtown Square, PA 19073 | **Bluebird Lending II, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Ra-Tah Johnson** 3553 West Chester Pike Suite 311 Newtown Square, PA 19073 | **Chester Economic Development Authority** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Tandem Real Estate Holdings LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,600.00** |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$96,800.00** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$392,671.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Tandem Real Estate Holdings LLC**                                      Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ra-Tah Johnson**<br>**3553 West Chester Pike**<br>**Suite 311**<br>**Newtown Square, PA 19073**<br>**Sole member of entity that holds 30.3%<br>interest in Debtor** | **(see SOFA<br>30.1)** | **$14,119.32** | **Repayment of member loans** |
| 4.2. **David Elliot**<br>**3553 West Chester Pike**<br>**Suite 311**<br>**Newtown Square, PA 19073**<br>**Sole member of entity that holds 30.3%<br>interest in Debtor** | **(see SOFA<br>30.2)** | **$4,510.00** | **Repayment of member loans** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Bluebird Lending II, LLC**<br>**1845 Walnut Street**<br>**Suite 910**<br>**Philadelphia, PA 19103** | **Secured lender exercised its assignment of rents as to the 504-519 Avenue of the States properties.  Value of rents repossesed is equated to the amount of rents lender asserts it collected from exercise of assignment through January 18, 2023.** | **April 13, 2022** | **$18,000.99** |
| **Bluebird Lending I, LLC**<br>**44 Fairview Road**<br>**Penn Valley, PA 19072** | **Secured lender exercised its assignment of rents as to the 500-502 Avenue of the States property.  Value of rents repossesed is equated to the amount of rents lender asserts it collected from exercise of assignment through January 18, 2023.** | **April 13, 2022** | **$53,354.64** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Tandem Real Estate Holdings LLC**                     Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **STANLEY VS CEDAR RIDGE GROUP LLC ETAL**<br>CCP - Phila. Case No. 221000271 | **PREMISES LIABILITY, SLIP/FALL** | **Court of Common Pleas, Phila Co., PA**<br>**City Hall**<br>**Chestnut Street**<br>**Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **ATTA VS CEDAR RIDGE GROUP, LLC ETAL**<br>CCP - Phila. Case No. 211100573 | **PREMISES LIABILITY, SLIP/FALL** | **Court of Common Pleas, Phila Co., PA**<br>**City Hall**<br>**Chestnut Street**<br>**Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **FJS CAPITAL MANAGEMENT INC. VS TANDEM REAL ESTATE**<br>CCP - Phila. Case No. 210300468 | **CONTRACTS OTHER** | **Court of Common Pleas, Phila Co., PA**<br>**City Hall**<br>**Chestnut Street**<br>**Philadelphia, PA 19107** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Bluebird Lending II, LLC v. Tandem Real Estate Holdings, LLC**<br>CV-2022-003378 | **Confession of Judgment** | **Court of Common Pleas, Delco, PA**<br>**201 W Front St**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Bluebird Lending II, LLC v. Tandem Real Estate Holdings LLC**<br>CV-2022-003376 | **Confession of Judgment** | **Court of Common Pleas, Delco, PA**<br>**201 W Front St**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor  **Tandem Real Estate Holdings LLC**                                Case number *(if known)*

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Smith Kane Holman, LLC**<br>**112 Moores Road**<br>**Suite 300**<br>**Malvern, PA 19355** | **Attorney Fees** | **1/18/2023** | **$17,000.00** |
| | **Email or website address**<br>**dsmith@skhlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Smith Kane Holman, LLC**<br>**112 Moores Road**<br>**Suite 300**<br>**Malvern, PA 19355** | **Attorney Fees** | **6/28/2022** | **$2,500.00** |
| | **Email or website address**<br>**dsmith@skhlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Smith Kane Holman, LLC**<br>**112 Moores Road**<br>**Suite 300**<br>**Malvern, PA 19355** | **Attorney Fees** | **2/15/2023** | **$2,000.00** |
| | **Email or website address**<br>**dsmith@skhlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   **Tandem Real Estate Holdings LLC**                                    Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Tandem Enterprises LLC** **3553 West Chester Pike** **Suite 311** **Newtown Square, PA 19073** | **Real property: 0 Sproul Street, Chester, PA** | **2/10/2023** | **$13,810.00** |
| | Relationship to debtor **Affiliate of the Debtor - 11 U.S.C. 101(2)(B)** | | | |

---

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **38 Jackson Street** **Suite 200** **Philadelphia, PA 19148** | **2016 to present** |
| 14.2. | **18 Campus Blvd** **Suite 100** **Newtown Square, PA 19073** | **February 2021 to present** |

---

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Typical information provided in connection with lease applications; applications are retained during the pendency of the lease and then shredded.**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

| Debtor | Tandem Real Estate Holdings LLC | Case number (if known) | |
|---|---|---|---|

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank, N.A**<br>**8800 Tinicum Boulevard**<br>**Philadelphia, PA 19153** | **XXXX-3004** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **12/14/2022** | **$0.00** |
| 18.2. | **Wells Fargo, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228** | **XXXX-3580** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **1/20/2023** | **$4,330.19** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

### Part 12:    Details About Environment Information

Debtor    **Tandem Real Estate Holdings LLC**                                    Case number *(if known)*

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Tandem Property Development LLC**<br>**500 Avenue of the States**<br>**Chester, PA 19013** | **Property management company** | EIN:    **82-3057138**<br><br>From-To    **October 2017 to present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Jerry Glauser, Krassan & Glauser, P.C.**<br>**1999 Marlton Pike East**<br>**Suite 7**<br>**Cherry Hill, NJ 08003** | **Jan. 2020 to present (taxes).** |

Debtor  **Tandem Real Estate Holdings LLC** _____ Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.  **Ra-Tah Johnson**<br>**3553 West Chester Pike**<br>**Suite 311**<br>**Newtown Square, PA 19073** | **LLC formation to present** |
| 26a.3.  **David Elliot**<br>**3553 West Chester Pike**<br>**Suite 311**<br>**Newtown Square, PA 19073** | **LLC formation to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Jerry Glauser, Krassan & Glauser, P.C.**<br>**1999 Marlton Pike East**<br>**Suite 7**<br>**Cherry Hill, NJ 08003** | **Jan 2020 to present (taxes).** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Jerry Glauser, Krassan & Glauser, P.C.**<br>**1999 Marlton Pike East**<br>**Suite 7**<br>**Cherry Hill, NJ 08003** | |
| 26c.2.  **Ra-Tah Johnson**<br>**3553 West Chester Pike**<br>**Newtown Square, PA 19073** | |
| 26c.3.  **David Elliot**<br>**3553 West Chester Pike**<br>**Newtown Square, PA 19073** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Tandem Real Estate Holdings LLC**                                     Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Consigliere Business Consulting, LLC** | **1055 Westlakes Drive Suite 300 Berwyn, PA 19312** | **Member and Manager** | **30.3%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **All Angles, LLC** | **502 Avenue of the States Chester, PA 19013** | **Member** | **30.3%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

Debtor    **Tandem Real Estate Holdings LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Ra-Tah Johnson<br>3553 West Chester Pike<br>Suite 311<br>Newtown Square, PA 19073 | $14,119.32 total payments | 4/1/22 $100.00;<br>4/19/22 $1,600.00;<br>4/20/22 $100.00;<br>6/24/22 $6,000.00;<br>7/5/22 $2,000.00;<br>7/26/22 $850.00;<br>8/5/22 $100.00;<br>8/23/22 $499.32;<br>8/24/22 $1,000.00;<br>9/1/22 $50.00;<br>12/19/22 $300.00;<br>12/19/22 $100.00;<br>12/20/22 $100.00;<br>1/5/23 $1,000.00;<br>1/9/23 $100.00;<br>1/9/23 $100.00;<br>1/12/23 $100.00;<br>1/17/23 $20.00 | Repayment of member loans. |
| | **Relationship to debtor**<br>**Sole member of entity that holds 30.3% interest in and is manager of debtor** | | | |
| 30.2. | **David Elliot**<br>**3553 West Chester Pike**<br>**Suite 311**<br>**Newtown Square, PA 19073** | $4,510.00 total payments. | 6/28/22 $2,510.00;<br>11/30/22 $2,000.00 | Repayment of member loans. |
| | **Relationship to debtor**<br>**Sole member of entity that holds 30.3% interest in debtor.** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

| Debtor | **Tandem Real Estate Holdings LLC** | Case number *(if known)* |
|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**February 16, 2023**__

__**/s/ Ra-Tah Johnson**__                                      __**Ra-Tah Johnson**__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor  __**Sole member of manager**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Tandem Real Estate Holdings LLC**
Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 21,500.00 |
| Prior to the filing of this statement I have received | $ 21,500.00 |
| Balance Due | $ 0.00 |

2. $ **3,476.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 16, 2023**
*Date*

/s/ Nicholas M. Engel
**Nicholas M. Engel 323094**
*Signature of Attorney*
**Smith Kane Holman, LLC**
**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215  Fax: 610-407-7218**
**nengel@skhlaw.com**
*Name of law firm*

---

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Tandem Real Estate Holdings LLC**                                    Case No.  _____
                                         Debtor(s)                         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **808 Real Estate, LLC**<br>**1210 Curran Street**<br>**Chester, PA 19013** | **Equity** | **n/a** | **30.3%** |
| **All Angles, LLC**<br>**502 Avenue of the States**<br>**Chester, PA 19013** | **Equity** | **n/a** | **30.3%** |
| **Consigliere Business Consulting, LLC**<br>**761 West Sproul Road**<br>**#230**<br>**Springfield, PA 19064** | **Equity** | **n/a** | **30.3%** |
| **Gregory Way**<br>**270 Shadeland Avenue**<br>**Drexel Hill, PA 19026** | **Equity** | **n/a** | **3%** |
| **J Lynne Enterprises, LLC**<br>**1004 Summit Lane**<br>**Oreland, PA 19075** | **Equity** | **n/a** | **5%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole member of manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 16, 2023**                              Signature   **/s/ Ra-Tah Johnson**
                                                                      **Ra-Tah Johnson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    Tandem Real Estate Holdings LLC

                                Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Sole member of manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **February 16, 2023**

**/s/ Ra-Tah Johnson**

**Ra-Tah Johnson**/**Sole member of manager**
Signer/Title

Aerial Signs and Awnings
2333 Concord Rd
Chester, PA 19013


American Wood Design, Inc.
201 Fulton Street
Chester, PA 19013


Bluebird Lending I, LLC
44 Fairview Road
Penn Valley, PA 19072


Bluebird Lending II, LLC
1845 Walnut Street
Suite 910
Philadelphia, PA 19103


Bluebird Lending, LLC
44 Fairview Road
Penn Valley, PA 19072


Cedar Ridge Group, LLC
420 West Deere Point Road
West Chester, PA 19382


Cedar Ridge Group, LLC
P.O. Box 1045
Westtown, PA 19395


Chester Economic Development Authority
One 4th Street
City Hall
P.O Box 407
Chester, PA 19016


Chester Water Authority
415 Welsh Street
Chester, PA 19013

City of Chester
City Hall
1 Fourth Street
Chester, PA 19013


Consigliere Business Consulting, LLC
1055 Westlakes Drive
Suite 300
Berwyn, PA 19312


Corey Stanley
118 WASHINGTON AVENUE
Aston, PA 19014


Darlene Atta
3514 W. 4TH STREET
Marcus Hook, PA 19061


David Elliot
3553 West Chester Pike
Newtown Square, PA 19073


David Elliot
3553 West Chester Pike
Suite 311
Newtown Square, PA 19073


Delaware County Regional Water Quality C
100 East Fifth Street
Chester, PA 19013


Delaware County Tax Claim Bureau
201 W Front St
Media, PA 19063


DTLR Inc.
1300 Mercedes Drive
Hanover, MD 21076

Evolve Build
2140 N Hancock St
Philadelphia, PA 19122


Federal Rent-a-Fence
127 Haddon Ave
West Berlin, NJ 08091


FJS Capital Management, Inc.
c/o Kaplan, Schaer, Toddy, P.C.
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103


GL Hookah Lounge
6123 Carpenter Street
Philadelphia, PA 19143


Global Security Systems Inc.
P.O. Box 173
Lima, PA 19037


Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611


IPFS Corporation
301 W. 11th St
4th Floor
Kansas City, MO 64141


J&K Trash Removal
2325 W 2nd Street
Chester, PA 19013


Jared Wiley
506-A Avenue of the States
Chester, PA 19013

Joel Kofsky
1500 JFK BOULEVARD
2 PENN CENTER
SUITE 550
Philadelphia, PA 19102


Keybank National Association
P.O. Box 89446
Cleveland, OH 44101


Linn Architects
1140 N Providence Rd
Media, PA 19063


Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street
Suite 3400
Philadelphia, PA 19102


PECO
PO Box 37629
Philadelphia, PA 19101


Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128


Phoenixville Federal Bank & Trust
564 Nutt Road
Phoenixville, PA 19460


PNC Bank, N.A
8800 Tinicum Boulevard
Philadelphia, PA 19153

R&N Enterprises LLC
506 Avenue of the States
Chester, PA 19013


Ra-Tah Johnson
3553 West Chester Pike
Newtown Square, PA 19073


Ra-Tah Johnson
3553 West Chester Pike
Suite 311
Newtown Square, PA 19073


Ra-Tah Johnson II
506-B Avenue of the States
Chester, PA 19013


Regus
18 Campus Blvd
Ste 100
Newtown Square, PA 19073


Roe Fabricators Inc.
201 Clayton St
Chester, PA 19013


Royal Family Smoke Shop and Lounge
610 Epic Street
Camden, NJ 08102


Senate of Pennsylvania
104 North Office Building
Harrisburg, PA 17120


Shakea Lee
504-A Avenue of the States
Chester, PA 19013

```
Status LLC
3626 North Broad Street
Philadelphia, PA 19140


Stormwater Authority of the City of Ches
31 E. 5th Street
Chester, PA 19013


Troy Wilson, Esq
215 S. BROAD STREET
2nd Floor
Philadelphia, PA 19107
```

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Tandem Real Estate Holdings LLC**               Case No. _____
                                                   Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Tandem Real Estate Holdings LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**808 Real Estate, LLC**
**1210 Curran Street**
**Chester, PA 19013**

**All Angles, LLC**
**502 Avenue of the States**
**Chester, PA 19013**

**Consigliere Business Consulting, LLC**
**761 West Sproul Road**
**#230**
**Springfield, PA 19064**

☐ None [*Check if applicable*]

**February 16, 2023**
Date

                /s/ Nicholas M. Engel
                **Nicholas M. Engel 323094**
                Signature of Attorney or Litigant
                Counsel for   **Tandem Real Estate Holdings LLC**
                **Smith Kane Holman, LLC**
                **112 Moores Road**
                **Suite 300**
                **Malvern, PA 19355**
                **610-407-7215 Fax:610-407-7218**
                **nengel@skhlaw.com**